IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. 10-cv-00221-JLK
Criminal Action No. 03-cr-00288-JLK-1

UNITED STATES OF AMERICA,

v.

1.  JEFFREY SCOTT TAYLOR,

    Movant.

## ORDER

After preliminary consideration of Movant's motion to vacate, set aside, or correct the sentence imposed by this Court, it is now

ORDERED that the United States Attorney on or before February 26, 2010, shall file an answer or other pleading directed to the motion pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings.

Dated: February 9, 2010

                              BY THE COURT:

                               *S/John L. Kane*
                              John L. Kane, Senior District Judge
                              United States District Court