IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **03-cr-00288-JLK**
Civil Action No. 10-cv-221-JLK

**UNITED STATES OF AMERICA**,

       Plaintiff/Respondent,

v.

**JEFFREY SCOTT TAYLOR,**

       Defendant/Movant.

---

## MINUTE ORDER

Judge John L. Kane **ORDERS**

     This matter is set for a new sentencing hearing on **March 24, 2010 at 10:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street. It is ordered that a new Presentence Report shall be prepared for the hearing.

---

Dated: March 8, 2010