# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation of Supervised Release**) |
| v. | Case Number:  03-cr-00288-JLK-01 |
| JEFFREY SCOTT TAYLOR | USM Number:  31912-013 |
| | Robert Pepin, AFPD<br>(Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1, 2, 4, 5, 6, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Violation of the Law | December 23, 2013 |
| 2 | Possession of a Firearm | July 18, 2013 |

    The defendant is sentenced as provided in pages 2 through 3 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

    The defendant is discharged as to violation number 3, as alleged in the probation officer's petition.

    It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

    It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

    July 8, 2014
    Date of Imposition of Judgment

    *s/John L. Kane*
    Signature of Judge

    John L. Kane, Senior U.S. District Judge
    Name & Title of Judge

    July 14, 2014
    Date

DEFENDANT:  JEFFREY SCOTT TAYLOR
CASE NUMBER:  03-cr-00288-JLK-01                                                         Judgment-Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 4 | Possession and Use of a Controlled Substance | May 22, 2013 |
| 5 | Possession and Use of a Controlled Substance | June 21, 2013 |
| 6 | Possession and Use of a Controlled Substance | July 12, 2013 |

DEFENDANT:  JEFFREY SCOTT TAYLOR
CASE NUMBER:  03-cr-00288-JLK-01                                                        Judgment-Page 3 of 3

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of twelve (12) months, consecutive to US District Court, District of Colorado, Case No. 13-cr-00400-01.

The court recommends that the defendant receive 274 days credit for time served, as determined by the Bureau of Prisons.

The defendant is remanded to the custody of the United States Marshal.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By_____
Deputy United States Marshal